OPINION — AG — ** TAGS — OKLAHOMA TAX COMMISSION — ISSUES ** OPINION REGARDING THE WORDING OF LEGISLATION DEALING WITH THE CONFERENCE COMMITTEE REPORT, WHICH WOULD PROVIDE FOR THE ISSUANCE, BY THE OKLAHOMA TAX COMMISSION, OF REFLECTORIZED MOTOR VEHICLE NUMBER PLATES EVERY THREE YEARS, BEGINNING WITH THE REGISTRATION YEAR COMMENCING JANUARY 1, 1959, WITH REFLECTORIZED TABS OR STICKERS TO BE ISSUED IN THE OTHER YEARS. (CAR TAGS, LICENSE PLATES) CITE: 47 O.S. 22.4 [47-22.4] (JAMES C. HARKIN)